# ELECTRONIC RECORD

COA # 02-13-00204-CR          OFFENSE: 31.03F3

STYLE: Rodney James Ricketts v. The State of Texas          COUNTY: Tarrant

COA DISPOSITION: AFFIRM          TRIAL COURT: Criminal District Court No. 4

DATE: 09/04/2014          Publish: NO          TC CASE #: 1321576R

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Rodney James Ricketts v. The State of Texas          CCA #: 1373-14

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____refused_____          JUDGE: _____

DATE: Mar 4, 2015          SIGNED: _____          PC: _____

JUDGE: PC          PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**